238 So.2d 532

**STATE of Louisiana ex rel. Willie C. WASHINGTON**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 50823.

Aug. 31, 1970.

The application is denied. Considering the written reasons assigned by the trial judge, and the application, the showing made does not warrant the exercise of our original or supervisory jurisdiction.

238 So.2d 532

**Milton RICHARD et al.**

v.

**FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY et al.**

No. 50821.

Aug. 31, 1970.

Not considered. Not timely filed. See Art. 7, Sect. 11, La.Const.